# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA AND DEAN AGUILAR

VERSUS

MAC'S CONSTRUCTION OF
SLIDELL, INC. AND MELISSA R.
HENRY IN HER CAPACITY AS
CLERK OF COURT FOR ST.
TAMMANY PARISH

NO.   2020 CW 0505

JUNE 29, 2020

---

In Re:   Mac's Construction of Slidell, Inc., applying for
supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2019-16729.

---

BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.

**WRIT DENIED ON THE SHOWING MADE.**

JMG
AHP
WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.